UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| CONSTRUCTION LABORERS TRUST FUNDS FOR SOUTHERN CALIFORNIA ADMINISTRATIVE COMPANY, a Delaware limited liability company,<br><br>Plaintiff,<br><br>vs.<br><br>CALIFORNIA TRAFFIC MAINTENANCE, INC., a California corporation; GILBERT APODACA, an individual; AMERICAN CONTRACTORS INDEMNITY COMPANY, a California corporation; ROY ALLAN SLURRY SEAL, INC., a California corporation; PHILADELPHIA INDEMNITY INSURANCE COMPANY, a Pennsylvania corporation; DOE 1 through DOE 10,<br><br>Defendants.<br><br>AND RELATED CROSS ACTIONS. | CASE NO.  CV12-08099 SJO(AJWx)<br><br>SEVERAL JUDGMENT PURSUANT TO STIPULATION<br><br>TRIAL DATE:   02/11/14<br>PRE-TRIAL:    020/3/14<br>DISCOVERY<br>CUT OFF:      11/14/13 |

PURSUANT TO THE STIPULATION FOR ENTRY OF SEVERAL JUDGMENT, by and between Plaintiff, CONSTRUCTION LABORERS TRUST FUNDS FOR SOUTHERN CALIFORNIA ADMINISTRATIVE COMPANY, LLC, a fiduciary, administrator, agent and assignee for collection to the LABORERS

HEALTH AND WELFARE TRUST FUND FOR SOUTHERN CALIFORNIA; CONSTRUCTION LABORERS PENSION TRUST FOR SOUTHERN CALIFORNIA; CONSTRUCTION LABORERS VACATION TRUST FOR SOUTHERN CALIFORNIA; LABORERS TRAINING AND RE-TRAINING TRUST FUND FOR SOUTHERN CALIFORNIA; FUND FOR CONSTRUCTION INDUSTRY ADVANCEMENT; CENTER FOR CONTRACT COMPLIANCE; LABORERS CONTRACT ADMINISTRATION TRUST FUND FOR SOUTHERN CALIFORNIA, and LABORERS TRUSTS ADMINISTRATIVE TRUST FUND FOR SOUTHERN CALIFORNIA, (hereinafter collectively referred to as "TRUST FUNDS"), and the Defendants, CALIFORNIA TRAFFIC MAINTENANCE, INC., a California corporation and GILBERT APODACA, an individual, and good cause appearing therefor:

IT IS HEREBY ORDERED, ADJUDGED AND DECREED, that:

A Several Judgment is entered in favor of the TRUST FUNDS and against CALIFORNIA TRAFFIC MAINTENANCE, INC., a California corporation ("EMPLOYER") and GILBERT APODACA, an individual, ("APODACA") individually, jointly and severally for the principal sum of $63,433.07 and $5,000,00 in attorney's fees for a total Judgment sum of $68,433.07 covering the period from December 2010 through February 2013.

The Court finds that there is no just reason for delay in the entry of a final several Judgment against EMPLOYER and APODACA on Plaintiff's Complaint, leaving the balance of the claims by asserted by Plaintiff against the remaining Defendant, AMERICAN CONTRACTORS INDEMNITY COMPANY ("ACIC") and ACIC'S cross-action to be litigated to trial.

DATED: July 1, 2013

*S. James Otero*

S. JAMES OTERO, Judge
United States District Court, Central District of California

254562.1