UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA, WESTERN DIVISION

| | |
|---|---|
| CONSTRUCTION LABORERS TRUST FUNDS FOR SOUTHERN CALIFORNIA ADMINISTRATIVE COMPANY, a Delaware limited liability company,<br><br>Plaintiff,<br><br>vs.<br><br>CALIFORNIA TRAFFIC MAINTENANCE, INC., a California corporation; GILBERT APODACA, an individual; AMERICAN CONTRACTORS INDEMNITY COMPANY, a California corporation; etc., et al,<br><br>Defendants. | CASE NO.: 2:12-cv-8099 SJO (AJWx)<br><br>[PROPOSED] RENEWAL OF JUDGMENT BY CLERK<br><br>[NO HEARING SCHEDULED] |

Judgment Debtor, GILBERT APODACA, an individual ("APODACA"), having had Judgment entered against APODACA on July 2, 2013.

NOW, upon application of Plaintiff and Judgment Creditor, CONSTRUCTION LABORERS TRUST FUNDS FOR SOUTHERN CALIFORNIA ADMINISTRATIVE COMPANY, LLC, the administrator, agent for collection and a fiduciary to the LABORERS HEALTH AND WELFARE TRUST FUND FOR

SOUTHERN CALIFORNIA; CONSTRUCTION LABORERS PENSION TRUST FOR SOUTHERN CALIFORNIA; CONSTRUCTION LABORERS VACATION TRUST FOR SOUTHERN CALIFORNIA; LABORERS TRAINING AND RE TRAINING TRUST FUND FOR SOUTHERN CALIFORNIA; FUND FOR CONSTRUCTION INDUSTRY ADVANCEMENT, CENTER FOR CONTRACT COMPLIANCE and LABORERS CONTRACT ADMINISTRATION TRUST FUND FOR SOUTHERN CALIFORNIA, (hereinafter referred to as "JUDGMENT CREDITOR"), upon declaration that APODACA has failed to pay the total amount of said Judgment and is indebted to JUDGMENT CREDITOR.

An Abstract of Judgment and certified Judgment were recorded as follows:

| Date: | County: | Instrument No.: |
|---|---|---|
| 10/17/13 | Los Angeles | #20131493048 |

The Certified Judgment was recorded with the Mohave County Recorder's office in the State of Arizona as follows:

| Date: | Instrument No.: |
|---|---|
| May 30, 2014 | #2014023919 |

The money Judgment against APODACA is renewed in the amount of $65,284.92 as follows:

a. Total Judgment……………………………………… $ 68,433.07
b. Costs after Judgment………………………………. $ 0.00
c. Less Credits after Judgment………………………. $ 3,795.00
d. Interest after Judgment computed from July 2, 2013 to September 20, 2019 at 0.16% accruing at $0.29 per day……………………….…... $ 646.85
e. Total Renewed Judgment………………………….. $ 65,284.92

DATED: September 26, 2019          _____/s/_____ Deputy Clerk
                                    CLERK OF THE COURT

#367094.1                            2

## PROOF OF SERVICE

STATE OF CALIFORNIA, COUNTY OF LOS ANGELES

I am employed in the County of Los Angeles, State of California. I am over the age of 18 years and not a party to the within action; my business address is 3550 Wilshire Boulevard, Suite 2000, Los Angeles, California 90010-2421.

On **September 25, 2019**, I served the foregoing document described as **[PROPOSED] RENEWAL OF JUDGMENT BY CLERK** on the interested parties in this action by first class United States mail and by placing

☐ the original   [x] a true copy thereof enclosed in a sealed envelope addressed as follows:

☐ the original   [x] a true copy thereof enclosed in a sealed envelope addressed as follows:

**Gilbert Apodaca**
**xxx xxxx**
**Glendale, California xxxxx**

[X] (By Mail) As follows: I am "readily familiar" with the firm's practice of collection and processing correspondence for mailing. Under that practice it would be deposited with U.S. postal service on that same day with postage thereon fully prepaid at Los Angeles, California in the ordinary course of business. I am aware that on motion of the party served, service is presumed invalid if postal cancellation date or postage meter date is more than one day after date of deposit for mailing in affidavit.

[X] (Federal Court) I declare that I am employed in the office of a member of the bar of this court at whose direction the service was made.

Executed on **September 25, 2019**, at Los Angeles, California.

_____
Maria Hughes